UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

APRIL LEE FROEHLICH,

            Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

           Defendant.

Case No. C23-5302 RSM

**ORDER TO FILE AMENDED COMPLAINT**

      Plaintiff filed a complaint on April 8, 2023.  Dkt. 1.  Plaintiff also submitted a Civil Cover Sheet along with the complaint as required by Local Civil Rule 3(a), but Plaintiff's name in the Civil Cover Sheet is different from Plaintiff's name in the complaint.  *See* Dkt. 1–2.  The Court hereby ORDERS Plaintiff to file an amended complaint with an amended Civil Cover Sheet with the correct plaintiff name by no later than April 18, 2023.  Failure to do so by this date may result in the dismissal of this case.

      DATED this 13th day of April, 2023.

                                              Ricardo S. Martinez
                                              United States District Judge